Matter of Haunted Forest, LLC v Town of Wilson (2025 NY Slip Op 05443)

Matter of Haunted Forest, LLC v Town of Wilson

2025 NY Slip Op 05443

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (501/25) CA 24-01568.

[*1]IN THE MATTER OF HAUNTED FOREST, LLC, AND TRACY A. QUINN, PETITIONERS-PLAINTIFFS-RESPONDENTS, 
v
TOWN OF WILSON AND TOWN OF WILSON ZONING BOARD, RESPONDENTS-DEFENDANTS-APPELLANTS. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals granted.